UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NexPoint Advisors, L.P.,<br><br>                    Plaintiff,<br><br>        - against -<br><br>TICC Capital Corp., Jonathan H. Cohen, Charles M. Royce, Steven P. Novak, G. Peter O'Brien, Tonia L. Pankopf, and Saul B. Rosenthal,<br><br>                    Defendants. | Civil Action No. 15 Civ. 1465 (CSH) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notice is hereby given that plaintiff NexPoint Advisors, L.P., by and through its undersigned attorneys, hereby dismisses all claims in the above-captioned matter against all defendants without prejudice.

Dated:   New York, New York
         February 2, 2016


DAVIS POLK & WARDWELL LLP

By:   /s/ Lawrence Portnoy
      Lawrence Portnoy (ct29249)
      Alan J. Tabak (phv07763)
      Moses Sternstein (phv07760)

|  |  |
|---|---|
| 450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000<br>lawrence.portnoy@davispolk.com<br>alan.tabak@davispolk.com<br>moses.sternstein@davispolk.com | - and -<br><br>Robert T. Shaffer, III (phv07761)<br>ZUCKERMAN SPAEDER LLP<br>100 East Pratt Street, Suite 2440<br>Baltimore, Maryland 21202<br>(410) 332-0444<br>rshaffer@zuckerman.com |
| - and -<br><br>Helen Harris (ct26816)<br>Kevin C. Brown (ct29774)<br>DAY PITNEY LLP<br>One Canterbury Green<br>Stamford, Connecticut 06901<br>(203) 977-7418<br>hharris@daypitney.com<br>kbrown@daypitney.com | - and -<br><br>Adam L. Fotiades (phv07762)<br>ZUCKERMAN SPAEDER LLP<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036<br>(202) 778-1893<br>afotiades@zuckerman.com<br><br>*Attorneys for Plaintiff NexPoint Advisors, L.P.* |

## **CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on February 2, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:   /s/ Lawrence Portnoy
        Lawrence Portnoy